FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 APR 16 AM 10: 59
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> JUAN NEGRON, ) <br> ) <br> Defendant. ) | Case No. CR416-348 |
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> ANDRE BONDS ) <br> ) <br> Defendant. ) | Case No. CR417-205 |
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> NAQUONN SOLOMON, ) <br> ) <br> Defendant. ) | Case No. CR418-089 |

### ORDER

Jennifer Solari, counsel of record for the United States of America in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however,

cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this 17th day of April 2018.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA